**Dismissed and Memorandum Opinion filed December 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-01028-CR

**SETH TRIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1397063**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to burglary of a vehicle with two or more convictions. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — TEX. R. APP. P. 47.2(b)